```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 03452
   VERONICA L WASHINGTON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7973

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/03/2006 and was confirmed 06/19/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00              .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE   4007.49               .00       4007.49
PORTFOLIO RECOVERY ASSOC UNSECURED        622.38               .00        622.38
ASSET ACCEPTANCE LLC     UNSECURED       3421.53               .00       3421.53
US DEPARTMENT OF EDUCATI UNSECURED         752.18              .00         752.18
ENDODONTIC AND PERIODONT FILED LATE           .00              .00            .00
PHILIP A IGOE            DEBTOR ATTY    2,189.00                         2,189.00
TOM VAUGHN               TRUSTEE                                           519.72
DEBTOR REFUND            REFUND                                          5,768.96

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 17,281.26

PRIORITY                                           .00
SECURED                                       4,007.49
UNSECURED                                     4,796.09
ADMINISTRATIVE                                2,189.00
TRUSTEE COMPENSATION                            519.72
DEBTOR REFUND                                 5,768.96
                        --------------        --------------
TOTALS                  17,281.26             17,281.26




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 03452 VERONICA L WASHINGTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/04/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 03452 VERONICA L WASHINGTON